UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Roxane M. Haynes**

Debtor

Chapter 13

Case No. 20-20236

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1. Pursuant to 11 U.S.C. Section 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    (a) For legal services, I have agreed to charge debtor(s), at the outset of this case, my current hourly rate of $165.00 to $375.00, with current paralegal hourly rates of $75.00 to $115.00 plus reasonable expenses permitted under the Bankruptcy Code & Rules. Representation during the course of the case shall be charged at my and my paralegal's usual hourly rates at the time services are rendered, which rate may differ from the rates noted above.

    (b) Prior to the filing of this statement I have received a retainer of $3,000.00 (which includes court filing fee of $310.00).

    (c) Attorneys' fees and costs to be paid through the Chapter 13 plan are estimated at $6,408.07.

2. The source of compensation paid to me was: Debtor(s)

3. The source of compensation to be paid to me is: Debtor(s)

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    (a) Analysis of the debtor's financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy;

1

(b) Preparation of any petition, schedules, statement of affairs and plan which may be required;

(c) Representation of the debtor(s) at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

(d) Exemption planning; negotiations with creditors; defending debtors in dischargeability actions, motions to dismiss or motions for relief from stay; representation in contested matters or adversary proceedings and related appeals; objection to claims; representation regarding sale of property and lien avoidance actions, prosecution of stay violations; representation regarding other matters associated with the advancement of debtor(s)' Chapter 13 case toward a successful conclusion with the bounds of good faith and in adherence with my legal and ethical obligations to the Court and debtor(s).

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  June 19, 2020                                        Roxane M. Haynes

By: */s/James F. Molleur*
James F. Molleur, Esq.
Molleur Law Office
190 Main St. 3rd Floor
Saco, ME 04072
207-283-3777
jim@molleurlaw.com